IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IVICO ACOSTA, JR., CRISTIAN CRUZ CONTRERAS, ABIGAIL DE LEON, YESSICA DE LEON, JOAQUIN GAONA, YASMIN HERNANDEZ, MILDRED MARTINEZ CABRERA, JESUS MEDINA, GUADALUPE YANEZ, BLANCA ZAPATA, ARMANDO ZAPATA, KARINA ZAPATA, and ARMANDO ZAPATA, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO COMPANY, and GULF CITRUS HARVESTING AND HAULING, INC., <br><br> Defendants. | 4:20CV3048 <br><br> **ORDER** |

The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition, and a motion to dismiss affirmative defenses has now been filed. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on the motion. If the parties do not so consent, the case will be reassigned to a district judge.

Accordingly,

IT IS ORDERED that to avoid any delays in this case,

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before July 1, 2020, they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at

http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2) In the absence of timely submitting the fully executed consent form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 11th day of June, 2020.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge