IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IVICO ACOSTA, JR., CRISTIAN CRUZ CONTRERAS, ABIGAIL DE LEON, YESSICA DE LEON, JOAQUIN GAONA, YASMIN HERNANDEZ, MILDRED MARTINEZ CABRERA, JESUS MEDINA, GUADALUPE YANEZ, BLANCA ZAPATA, ARMANDO ZAPATA, KARINA ZAPATA, and ARMANDO ZAPATA, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO COMPANY, and GULF CITRUS HARVESTING AND HAULING, INC., <br><br> Defendants. | 4:20CV3048 <br><br> ORDER |

IT IS ORDERED that the motion to withdraw filed by Amanda McMahon, as counsel of record for Plaintiffs, (Filing No. 42), is granted. Amanda McMahon shall no longer receive electronic notice in this case. The Clerk is further directed to enter the appearance of Ann C. Mangiameli as counsel of record for Plaintiffs.

Dated this 16th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge